UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL QUINCY BUIE,<br>  a/k/a Christ Jesus Bisset,<br><br>    Defendant. | No. CR 11- 0247 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 3, 2011 THROUGH MAY 24, 2011 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

The parties appeared on May 3, 2011 for initial appearance before this Court. Gregg W. Lowder, Assistant United States Attorney, appeared for the United States. Ronald Tyler, Assistant Federal Public Defender, appeared for the defendant, who appeared personally and in custody.

At the request of the parties and the defendant personally, the Court continued the case to May 24, 2011 at 2:00 p.m. for status conference in District Court and excluded time from May 3 through May 24, 2011 from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161. The exclusion of time is based upon the request of the parties in light of the need to permit the defense attorney reasonable time for the effective preparation of the case.

The Court enters this order supplementing its oral order at the hearing of May 3, 2011

ORDER: EXCL OF TIME
US v. Buie, CR 11-00247 WHA

that excluded time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from May 3 through May 24, 2011.  The parties, including the defendant, agree to those findings and that order.   The Court further finds and orders as follows:

    1.  The defendant understands and requests the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from May 3 through May 24, 2011, based on the need of defense counsel for a reasonable period of time to allow effective preparation of a defense, taking into account the exercise of due diligence, since additional discovery was provided to the defense before the hearing by government counsel;

    2.  Defense counsel Ronald Tyler and government counsel join in the request to exclude time from May 3 through May 24, 2011 from calculations under the Speedy Trial Act for the above reasons and agree that the exclusion of time is necessary for the defense counsel to have a reasonable amount of time to effectively prepare a defense, taking into the account the exercise of due diligence.

Given these circumstances, the Court finds that the ends of justice served by excluding from time calculations the period of May 3, 2011 through May 24, 2011 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, and finds good cause for the reasons listed above and the reasons stated at the hearing to exclude that time period.  Accordingly, the Court (1) sets an appearance date in District Court for May 24, 2011 at 2:00 p.m. and (2) orders that the time from May 3, 2011 through May 24, 2011

///

///

///

///

ORDER: EXCL OF TIME
US v. Buie, CR 11-00247 WHA

be excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**SO STIPULATED**:

DATED: May 18, 2011 _____/s/_____
RONALD TYLER
Attorney for Defendant

DATED:  May 17, 2011 _____/s/_____
GREGG W. LOWDER
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  May 19, 2011. _____
WILLIAM ALSUP
United States District Judge

ORDER: EXCL OF TIME
US v. Buie, CR 11-00247 WHA