1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,           )   No. CR 11-0247 WHA
                                        )
12 |          Plaintiff,                 )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER TO CONTINUE HEARING**
13 |    v.                               )   **AND EXCLUDE TIME**
                                        )
14 | DAN BUIE,                           )
                                        )
15 |          Defendant.                 )
     _____ )
16

17 | **STIPULATION**

18   The parties agree to continue the hearing in the above-captioned matter by 2 weeks from

19 May 24, 2011 until June 7, 2011 at 2:00 p.m.  The purpose of the continuance is to allow time

20 for the parties to conduct the physical evidence review.  In spite of diligent efforts to complete

21 the review, scheduling conflicts prevented it until now.  The review will take place on May 26,

22 2011.

23   The defendant agrees to exclude for this period of time any time limits applicable under

24 18 U.S.C. § 3161.  The parties agree that the continuance represents the reasonable time

25 necessary for effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also

26 agree that the ends of justice served by granting such a continuance outweighed the best interests

1  of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2  IT IS SO STIPULATED:

3  DATED:        May 19, 2011                    _____/s/_____
                                                  RONALD TYLER
4                                                 Assistant Federal Public Defender

5

6                                                 MELINDA HAAG
                                                  United States Attorney
7

8  DATED:        May 19, 2011                    _____/s/_____
                                                  GREGG LOWDER
9                                                 Assistant United States Attorney

10

11                            [~~PROPOSED~~] ORDER

12       The Court finds as follows:

13       The ends of justice are served by granting the requested continuance, given that failure to

14  do so would deny counsel for the defendant the reasonable time necessary for effective

15  preparation, taking into account the exercise of due diligence and would deny the defendant the

16  continuity of counsel.

17       The aforementioned ends of justice outweigh the best interest of the public and the

18  defendant in a speedy trial.

19       Accordingly, this matter is continued until June 7, 2011 at 2:00 p.m.  Pursuant to the

20  Speedy Trial Act, Title 18 United States Code §§ 3161(h)(7)(A) & (h)(7)(B)(iv), the period from

21  May 24, 2011 until June 7, 2011 is excluded in computing the time within which the trial of this

22  matter must commence.

23       IT IS SO ORDERED.

24

25  DATED:  __May 23, 2011.__         _____
                                       HONORABLE WILLIAM ALSUP
26                                     United States District Court Judge

STIPULATION TO CONTINUE
HEARING AND EXCLUDE TIME;
No. CR 11-0247 WHA                    2